TRUJILLO v. VICK

No. 409P01

Case below: 143 N.C. App. 719

Petition by defendant (Donald Ray Vick) for discretionary review pursuant to G.S. 7A-31 denied 22 October 2001.

VINCENT v. CSX TRANSP., INC.

No. 497P01

Case below: 145 N.C. App. 700

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 8 November 2001.

WEBB v. McKEEL

No. 412P01

Case below: 144 N.C. App. 381

Petition by plaintiffs for discretionary review pursuant to G.S. 7A-31 denied 8 November 2001.

WILLIS v. TOWN OF BEAUFORT

No. 343P01

Case below: 143 N.C. App. 106

Petition by defendants for discretionary review pursuant to G.S. 7A-31 denied 10 October 2001.

WOODY v. THOMASVILLE UPHOLSTERY INC.

No. 596A01

Case below: 146 N.C. App. 187

Petition by defendant for discretionary review pursuant to G.S. 7A-31 and Appellate Rule 16(b) as to issues in addition to those presented as the basis for the dissenting opinion in the Court of Appeals denied 8 November 2001.